AO 450 (SCD 04/2010)   Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of South Carolina

| | | |
|---|---|---|
| Biafra Monique Curtis, *Plaintiff* v. South Carolina Department of Public Safety; Warren Ganjehsani; Mike Oliver; Leroy Smith; Kenneth Phelps; Anthony Grice; William Taylor; Nicklous King; Willie McCauley, Jr; Ada Schmidt; Aaron Canzater; Cherie Young, Individually and in their official capacities, *Defendants* | ) ) ) ) ) | Civil Action No.   3:15-cv-03753-MGL |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one):*

❏ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($__), which includes prejudgment interest at the rate of ____ %, plus postjudgment interest at the rate of ____ %, along with costs.

■ The plaintiff, Biafra Monique Curtis, shall take nothing of the defendants, South Carolina Department of Public Safety; Warren Ganjehsani; Mike Oliver; Leroy Smith; Kenneth Phelps; Anthony Grice; William Taylor; Nicklous King; Willie McCauley, Jr; Ada Schmidt; Aaron Canzater; Cherie Young, Individually and in their official capacities, and this action is dismissed with prejudice as to the plaintiff's federal claims.

This action was *(check one)*:

❏ tried by a jury, the Honorable _____ presiding, and the jury has rendered a verdict.

❏ tried by the Honorable _____ presiding, without a jury and the above decision was reached.

■ decided by the Honorable Mary Geiger Lewis, United States District Judge, presiding, adopting the Report and Recommendation of the Honorable Paige J. Gossett, United States Magistrate Judge, which recommended dismissing the complaint as to plaintiff's federal claims.

Date:   March 31, 2016                                                            *ROBIN L. BLUME, CLERK OF COURT*

                                                                                                    s/B. Goodman
                                                                                           _____
                                                                                           *Signature of Clerk or Deputy Clerk*